1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            Case No. 1:22-po-00195-SAB

12 |         Plaintiff,                   [Citations #E1762256 CA/51]

13 | v.

14 | BRITIDO R. ARRIAGA                   MOTION AND ORDER FOR DISMISSAL

15 |         Defendant.

16

17

18     The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-

20 00195-SAB [Citations #E1762256 CA/51] against BRITIDO R. ARRIAGA, without prejudice, in the

21 interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: November 16, 2022              Respectfully submitted,

24                                       PHILLIP A. TALBERT
                                         United States Attorney
25
                                    By:  /s/ *Chan Hee Chu*
26                                       CHAN HEE CHU
                                         Special Assistant United States Attorney
27

28

                                         1
                                                              U.S. v. Arriaga
                                                      Case No. 1:22-po-000195-SAB

## **O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00195-SAB [Citations #E1762256 CA/51] against BRITIDO R. ARRIAGA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **November 16, 2022**

UNITED STATES MAGISTRATE JUDGE